[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 26, 2006
THOMAS K. KAHN
CLERK

No. 05-16812
Non-Argument Calendar
_____

D. C. Docket No. 05-80094-CR-WJZ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDERSON BENITEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(June 26, 2006)**

Before ANDERSON, BIRCH and FAY, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, the Assistant Federal Public Defender assigned to

Anderson Benitez on appeal, has filed a motion to allow the Federal Public Defender, Kathleen M. Williams, to withdraw on appeal supported by a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Benitez's convictions and sentences are **AFFIRMED**.

We further deny Benitez's pro se motion to proceed in forma pauperis as moot, and deny his pro se motions for an extension of time to file his argument on appeal and to appoint new counsel.